## GILDER'S ADMINISTRATORS v. GILDER.

Court of Common Pleas. Kent. November, 1814.

*Clayton's Notebook, 177.*

PER CURIAM. The settlement is *prima facie* evidence and may be read to the jury.

---

[1] Blank in manuscript.